## McAdams v. The State.

APPEAL from Shelby Circuit Court.

Tried before the Hon. GEORGE E. BREWER.

FRANCIS G. CAFFEY, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of murder, and sentenced to be hung. On the present appeal, the judgment of conviction was affirmed.

Opinion PER CURIAM.

---

## Schobell v. The State.

APPEAL from Blount Circuit Court.

Tried before the Hon. JOHN W. INZER, Special Judge.

ROBINETT & ALLGOOD, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of grand larceny, for feloniously taking and carrying away three twenty dollar bills. Judgment affirmed.

Opinion by BRICKELL, C. J.